**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DRU ANNE BILLINGS,

Plaintiff,

vs.

TESLA, INC., a foreign corporation; and TESLA MOTORS NV, INC., a domestic corporation,

Defendant.

Case No. 3:26-cv-00853

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

IT IS HEREBY STIPULATED by and between Plaintiff Dru Anne Billings ("Plaintiff"), by and through her counsel, The Geddes Law Firm, P.C., and Defendant Tesla, Inc. ("Defendant"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 2-week extension up to and including **December 4, 2026**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant Tesla, Inc. was served with the Summons and Complaint on October 30, 2026, (ECF No. 1) making Defendant's response to Plaintiff's Complaint currently due on November 20, 2026.

2. Defendant's counsel was recently retained to represent the Defendant and is still in the process of obtaining information to investigate Plaintiff's allegations in the Complaint, and has raised an arbitration agreement with Plaintiff.

3. The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to December 4, 2026, to allow Defendant sufficient time to investigate the allegations in the Complaint and to permit Plaintiff time to review the arbitration agreement.

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 17th day of November, 2026.

GEDDES LAW FIRM

*/s/ William J. Geddes*
WILLIAM J. GEDDES, ESQ.
Nevada Bar No. 6984
1 East Liberty Street, Suite 674
Reno, Nevada 89501

*Attorney for Plaintiff*
*Dru Anne Billings*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Tesla, Inc.*

**ORDER**

IT IS SO ORDERED:

United States District Court Judge /
United States Magistrate Judge

Dated: November 17, 2026